**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **LINDA BIELECKI,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**UNION PACIFIC RAILROAD COMPANY,** )<br>a Delaware corporation, and )<br>**NORFOLK SOUTHERN RAILWAY** )<br>**COMPANY,** a Virginia corporation, )<br>)<br>**Defendants.** ) | Case No. 07-2244 |

# REPORT AND RECOMMENDATION

On July 9, 2008, Defendant Norfolk Southern Railway Company filed a Motion to Dismiss for Want of Prosecution (#16). Plaintiff has not filed a response. The Court has carefully reviewed the motion and attachments. It appears from the unrebutted assertions in the motion that Plaintiff has failed to participate in the litigation she initiated. Most of the deadlines set by the Court in its Discovery Order (#12) have expired. Plaintiff cannot be allowed to file suit and then not participate in discovery. Defendant should not be forced to attempt to try the case without the benefit of discovery.

Accordingly, the undersigned recommends pursuant to authority conferred by 28 U.S.C. § 636(b)(1)(B) that the Motion to Dismiss for Want of Prosecution **(#16)** be **GRANTED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 19th day of August, 2008

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE