**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| **LINDA BIELECKI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 07-CV-2244 |
| ) | |
| **UNION PACIFIC RAILROAD COMPANY,** ) | |
| **a Delaware corporation, and** ) | |
| **NORFOLK SOUTHERN RAILWAY** ) | |
| **COMPANY, a Virginia corporation,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#20) was filed by Magistrate Judge David G. Bernthal in the above cause on August 19, 2008. On September 8, 2008, Plaintiff Linda Bielecki, filed a "Plaintiff's Response to Motion to Dismiss" (#21) which this court will construe as an Objection to Report and Recommendation. Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#20). This court agrees that Defendant's Motion to Dismiss for Lack of Prosecution (#16) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Defendant's Motion to Dismiss for Lack of Prosecution (#16) is GRANTED and the cause is dismissed without prejudice.

(3) This case is terminated.

ENTERED this 17th day of September, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE